| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:19CR00159-13 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 6:24-cr-266-JSS-EJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Omar Martinez-Alcaraz | DISTRICT Eastern District of Texas | DIVISION Sherman Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sean D. Jordan U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM March 27, 2023 | TO March 26, 2028 |

**OFFENSE**

Title 21 U.S.C. §§ 846 & 841(b)(1)(A) - Conspiracy to Possess with the Intent to Manufacture and Distribute Cocaine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Omar Martinez-Alcaraz has been supervised in the Middle District of Florida since August 21, 2023. He has no intention of returning to the Eastern District of Texas. Transfer of Jurisdiction will allow the supervising district to handle any further violations in a more expedient manner.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____September 9, 2024_____          _____/s/ Sean D. Jordan_____
            Date                                                              U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
      *Effective* Date                                                      U.S. District Judge